23

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

FILED

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \(\M\)                              DEPUTY

UNITED STATES OF AMERICA

v.

ALEJANDRO ESTRADA-CANARE

**WAIVER OF INDICTMENT**

CASE NUMBER:  08cR196-L

I, ALEJANDRO ESTRADA-CANARE, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____Jan. 24, 08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alejandro Estrada canare_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER